## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ex rel. VERITY INVESTIGATIONS LLC,  Plaintiff-Relator, v. PERSICO USA, INC.,  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 25-00260-CFC |

## JOINT STIPULATION OF DISMISSAL

Subject to the terms and conditions of the Settlement Agreement, attached hereto as Exhibit 1, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, the Relator, and the Defendant (collectively, the "Parties") hereby stipulate to a joint dismissal of this action. No party hereto is an infant or incompetent. As to Relator, the dismissal shall be with prejudice. As to the United States, the dismissal shall be with prejudice only with respect to the Covered Conduct as defined in the Settlement Agreement and without prejudice as to any other claims or conduct.

//

        Respectfully submitted,

        TODD W. BLANCHE
        Deputy Attorney General

        JULIANNE E. MURRAY
        Acting United States Attorney
        Special Attorney

By:   */s/ William E. LaRosa*
      William E. LaRosa
      Assistant United States Attorney
      Counsel for Plaintiff United States of America

SUSMAN GODFREY LLP

By:   */s/ Steven Shepard*
      Steven Shepard
      Counsel for Verity Investigations LLC

BECKER NEW YORK, P.C.

By:   */s/ Samantha Lesser*
      Samantha Lesser, Esq.
      Counsel for Defendant

Dated:  November 21, 2025

IT IS SO ORDERED, this ___ day of _____, 2025.

_____
CHIEF UNITED STATES DISTRICT JUDGE